IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN DENNIS ENLOW AND LISA
ENLOW,

     Appellants,

 v.

                                           Case No. 5D21-2273
                                           LT Case No. 05-2017-CA-014236-X

E.C. SCOTT WRIGHT, P.A. AND
MOLETTEIRE INJURY LAW, P.A.,

     Appellees.
_____/

Opinion filed May 19, 2023

Appeal from the Circuit Court
for Brevard County,
Curt Jacobus, Judge.

Michael M. Brownlee, of Brownlee Law
Firm, P.A., Orlando, for Appellants.

Elaine D. Walter and Yvette R. Lavelle, of
Boyd Richards Parker & Colonnelli, P.L.,
Miami, for Appellee, E.C. Scott Wright, P.A.

James H. Wyman, of Hinshaw & Culbertson
LLP, Coral Gables, for Appellee, Moletteire
Injury Law, P.A.

PER CURIAM.

    AFFIRMED. *See Larson & Larson, P.A. v. TSE Indus., Inc.*, 22 So. 3d

36, 42 (Fla. 2009) ("[O]nce a judgment adverse to the client has reached the

point of finality, 'the last element constituting the [malpractice] cause of action

occurs,' § 95.031(1), Fla. Stat. (2002)—that is, the element of 'loss to the client,' *Law Office of David J. Stern, P.A.* [*v. Sec. Nat'l Servicing Corp.*], 969 So. 2d [962,] 966 [(Fla. 2007)]—and the cause of action is or should be 'discovered,' § 95.11(4)(a), Fla. Stat. (2002)."); *Silvestrone v. Edell*, 721 So. 2d 1173, 1176 (Fla. 1998).

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.